UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE T. FREEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>CHILD SUPPORT SERVICES, et al.,<br><br>        Defendant. | Case No. 17-cv-06067-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 17 |

The Court has reviewed Judge Sallie Kim's Report and Recommendation, including objections filed by the plaintiff. The Court adopts the Report in every respect. Accordingly, the case is dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____
VINCE CHHABRIA
United States District Judge